FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 10, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $10,700.00 U.S. CURRENCY,<br>2007 CADILLAC ESCALADE SUV,<br>BERETTA PIETRO S.P.A. 92A1 9MM CALIBER PISTOL,<br><br>Defendants. | No.   2:15-CV-3135-SMJ<br><br>**ORDER GRANTING MOTION FOR ENTRY OF A FINAL ORDER OF FORFEITURE** |

Before the Court is the U.S. Attorney's Office's (USAO) Motion for Entry of Final Order of Forfeiture Final, ECF No. 30. Plaintiff, United States of America, alleged in a Verified Complaint for Forfeiture In Rem that the Defendant property captioned above is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881. ECF No. 1.

The Defendant property being forfeited is described as follows:

1) Approximately $10,700.00 in U.S. currency, seized by DEA from Jose Manuel Quezada, and Berta Alisia Beltran, on or about March 2, 2015, pursuant to a federal search warrant executed at their residence in Mabton, Washington.

2) 2007 Cadillac Escalade SUV, Washington License Number

ORDER - 1

ARR3702, VIN: 1GYFK63817R399719.

3) a Beretta Piertro S.P.A. 92A1 9mm caliber pistol, seized by DEA from Jose Manuel Quezada, and Berta Alisia Beltran, on or about March 2, 2015, pursuant to a federal search warrant executed at their residence in Mabton, Washington.

On October 16, 2015, the United States Marshals Service executed the Warrant of Arrest In Rem for the Defendant $10,700.00 U.S. funds and the 2007 Escalade. The returned warrant was filed with the Court under the above cause number on October 21, 2015. ECF No. 5.

On October 20, 2015, the United States Drug Enforcement Administration executed the Warrant of Arrest In Rem for the Defendant Berretta Pietro Pistol. The returned warrant was filed with the Court under the above cause number on October 21, 2015. ECF No. 6.

In accordance with Fed. R. Civ. P. Rule G(4)(a)(iv)(C), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of civil forfeiture was posted on an official government website www.forfeiture.gov beginning October 26, 2015 and running through November 24, 2015. ECF No. 17, 17-1 and 17-2. Based upon the internet publication start date of October 26, 2015, the last date to file a timely claim if direct notice was not received was December 25, 2015.

ORDER - 2

On or about October 23, 2015, BERTA ALISIA BELTRAN was served, via certified mail, return receipt requested, with a copy of the Verified Complaint for Forfeiture In Rem, Warrants of Arrest In Rem, and Notice of Complaint for Forfeiture, at her last known address. ECF No. 9 and 9-1. Based upon the direct notice service date of October 23, 2015, Berta Alisia Beltran's deadline to file a timely claim was November 27, 2015. To date, no response or claim of interest has been received by the United States or filed with the Court, and the time allowed for filing of her claim has expired. On or about December 9, 2015, the United States filed its Notice of Motion for Default, which was served via certified mail upon Berta Alisia Beltran, at her last known address. ECF No. 12. To date, no response has been received from Ms. Beltran. On January 13, 2016, the United States filed and served its Motion for Entry of Clerk's Order of Default. ECF No. 18. On January 14, 2016, a Clerk's Order of Default was entered against Berta Alisia Beltran. ECF No. 25.

On or about October 23, 2015, BACILIO RUIZ-GUZMAN was served in care of his attorney Douglas K. Garrison, and at his last known address via certified mail, return receipt requested, with a copy of the Verified Complaint for Forfeiture In Rem, Warrants of Arrest In Rem, and Notice of Complaint for Forfeiture. ECF No. 8 and 8-1. Based upon the direct notice service date of October 23, 2015, Bacilio Ruiz-Guzman's deadline to file a timely claim was

November 27, 2015. To date, no response or claim of interest has been received by the United States or filed with the Court, and the time allowed for filing of his claim has expired. On or about December 9, 2015, the United States filed its Notice of Motion for Default, which was served via certified mail upon Bacilio Ruiz-Guzman in care of his attorney, Douglas A. Garrison, and at his last known address. ECF No. 13. To date, no response has been received from Mr. Ruiz-Guzman. On January 13, 2016, the United States filed and served its Motion for Entry of Clerk's Order of Default. ECF No. 19. On January 14, 2016, a Clerk's Order of Default was entered against Bacilio Ruiz-Guzman. ECF No. 26.

On or about October 23, 2015, ELVIRA M. RUIZ was served in care of her attorney Douglas K. Garrison, and at her last known address, via certified mail, return receipt requested, with a copy of the Verified Complaint for Forfeiture In Rem, Warrants of Arrest In Rem, and Notice of Complaint for Forfeiture. ECF No. 7 and 7-1. Based upon the direct notice service date of October 23, 2015, Elvira M. Ruiz's deadline to file a timely claim was November 27, 2015. To date, no response or claim of interest has been received by the United States or filed with the Court, and the time allowed for filing of her claim has expired. On or about December 9, 2015, the United States filed its Notice of Motion for Default, which was served via certified mail upon Elvira M. Ruiz in care of her attorney, and at her last known address. ECF No. 14. To date, no response has been

ORDER **-** 4

received from Ms. Ruiz. On January 13, 2016, the United States filed and served its Motion for Entry of Clerk's Order of Default. ECF No. 20. On January 14, 2016, a Clerk's Order of Default was entered against Elvira M. Ruiz. ECF No. 27.

On or about October 23, 2015, JOSE MANUEL QUEZADA was served at his last known address, via certified mail, return receipt requested, with a copy of the Verified Complaint for Forfeiture In Rem, Warrants of Arrest In Rem, and Notice of Complaint for Forfeiture. ECF No. 11 and 11-1. Based upon the direct notice service date of October 23, 2015, Jose Manuel Quezada's deadline to file a timely claim was November 27, 2015. To date, no response or claim of interest has been received by the United States or filed with the Court, and the time allowed for filing of his claim has expired. On or about December 9, 2015, the United States filed its Notice of Motion for Default, which was served via certified mail upon Jose Manuel Quezada at his last known address. ECF No. 15. To date, no response has been received from Mr. Quezada. On January 13, 2016, the United States filed and served its Motion for Entry of Clerk's Order of Default. ECF No. 21. On January 14, 2016, a Clerk's Order of Default was entered against Jose Manuel Quezada. ECF No. 28.

On or about October 23, 2015, SEAN MICHAEL TAYLOR was served at his last known address, via certified mail, return receipt requested, with a copy of

ORDER - 5

1   the Verified Complaint for Forfeiture In Rem, Warrants of Arrest In Rem, and
2   Notice of Complaint for Forfeiture. ECF No. 10 and 10-1. Based upon the direct
3   notice service date of October 23, 2015, Sean Michael Taylor's deadline to file a
4   timely claim was November 27, 2015. To date, no response or claim of interest
5   has been received by the United States or filed with the Court, and the time
6   allowed for filing of his claim has expired. On or about December 9, 2015, the
7   United States filed its Notice of Motion for Default, which was served via
8   certified mail upon Sean Michael Taylor at his last known address. ECF No. 16.
9   To date, no response has been received from Mr. Taylor. On January 13, 2016, the
10  United States filed and served its Motion for Entry of Clerk's Order of Default.
11  ECF No. 22. On January 14, 2016, a Clerk's
12       Order of Default was entered against Sean Michael Taylor. ECF No. 29.
13  To date, no responses, motions, or claims to the Defendant property have been
14  received.
15  //
16  //
17  //
18  //
19  //
20  //

ORDER - 6

Accordingly, **IT IS HEREBY ORDERED**:

1. U.S. Attorney's Office's (USAO) Motion for Entry of Final Order of Forfeiture Final, **ECF No. 30**, is **GRANTED**.

2. The listed assets are **FORFEITED** to the United States and shall be disposed of in accordance with law.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 10th day of March 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Civil\2015\United States of America v Approximately $10,700 U S Currency et al-3135\Ord grant fort cl2 docx

ORDER **-** 7